No. 87–1045.   DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR *v.* KYLE; and

No. 87–1065.   NATIONAL COUNCIL ON COMPENSATION INSURANCE *v.* KYLE ET AL.   C. A. 6th Cir.   Motion of respondent Fred Kyle for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 88–336.   HILLS, SUPERINTENDENT, PICKAWAY CORRECTIONAL INSTITUTION *v.* FREELS.   C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 88–647.   WHITEHORN ET UX. *v.* MURPHY ET AL.   C. A. 11th Cir.   Certiorari denied.   JUSTICE STEVENS took no part in the consideration or decision of this petition.*

No. 88–674.   ABADJIAN ET AL. *v.* GULF OIL CORP. ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 87–1947.   VITALE ET AL. *v.* SNAIDER ET AL., *ante,* p. 821;

No. 87–7228.   DAILEY *v.* WEST VIRGINIA DEPARTMENT OF WELFARE, *ante,* p. 923;

No. 88–5360.   SHINN *v.* UNITED STATES DEPARTMENT OF THE ARMY, *ante,* p. 929;

No. 88–5378.   COLLIER *v.* JONES, *ante,* p. 929;

No. 88–5434.   SKATZES *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY, *ante,* p. 930;

No. 88–5514.   BRATTON *v.* MONROE COUNTY ET AL., *ante,* p. 945;

No. 88–5551.   SILVAGGIO *v.* CALIFORNIA, *ante,* p. 958; and

No. 88–5593.   HEISHMAN *v.* CALIFORNIA, *ante,* p. 948.   Petitions for rehearing denied.

DECEMBER 19, 1988

No. 88–874 (A–481).   MCMURTREY *v.* ARIZONA.   Super. Ct. Ariz., Pima County.   Application for stay of execution of sentence

---

*See also note, *supra,* p. 987.